

# Balustrades

The distinctive style of Royal Corinthian balustrades adheres and uniquely blends with either residential or commercial projects. From home, to office, to shopping mall, Royal Corinthian balustrades express the profound character of each architectural structure.



## PORT HELENA

Item Number:   0236
Measurements: 27 1/4" x 6 1/4"  (square)

## PORT ROYAL-24

Item Number:   0240
Measurements: 23 1/2" x 5 1/4" (square)





## ROYAL GOTHIC

Item Number:   0235
Measurements: 23 1/2" x 5 1/4"  (square)

## ANCIENT GOTHIC

Item Number:   0236
Measurements: 23 3/4" x 5 3/8"  (square)



ROYAL CORINTHIAN, INC.

10

EXHIBIT 3



## PORT ROYAL-35

Item Number:   0210-35
Measurements: 34 3/4" x 5 1/4" (square)



## PORT ROYAL-30

Item Number:   0210-30
Measurements: 29 7/8" x 5 1/4" (square)



## PORT ROYAL-26

Item Number:   0210-26
Measurements: 26 3/16" x 5 1/4"   (square)



## ROYAL GREEK

Item Number:   0211
Measurements: 23 3/4" x 5 1/4"  (square)



## ROYAL COLONIAL

Item Number:   0219
Measurements: 23 3/4" x 5"   (round)



## PORT ROYAL-19

Item Number:   0210-19
Measurements: 19 3/8" x 4 7/8" (square)

EXHIBIT 3      11

# *Balustrades*

Balustrades fashion a classic splendor to supplement the value of a home for years to come. They can be used both indoors and outdoors.

As' B05



## CLASSIC PORT ROYAL

Item Number: 0212
Measurements: 23 5/8" x 4 7/8" (square)

As' B06



## PORT ROYAL SLIM

Item Number: 0210-34
Measurements: 30 1/2" x 4 3/8" (square)



## ROYAL VICTORIAN

Item Number: 0225
Measurements: 29 5/8" x 3 3/8" (round)



## ROYAL GEORGIAN

Item Number: 0205
Measurements: 26 1/8" x 3 1/4" (square)



ROYAL CORINTHIAN, INC.

14

EXHIBIT 3



## PORT ROYAL-15

Item Number: 0240-15
Measurements: 15 3/4" x 4 5/8" (square)



## ROYAL MONARCH

Item Number: 0200
Measurements: 26 5/8" x 4 1/2" (round)



## VENETIAN

Item Number: 0230
Measurements: 24 5/8" x 3 3/8" (square)



## HISTORIC COLONIAL

Item Number: 0240
Measurements: 28 5/8" x 3 1/4" (square)



## ROYAL PORCH

Item Number: 0124
Measurements: 23 5/8" x 3 1/8" (square)



## CROWNE TERRACE

Item Number: 0215
Measurements: 25 5/8" x 3" (round)

EXHIBIT 3

15



EXHIBIT 3